595 So.2d 957 (1992)
STATE of Florida, Petitioner,
v.
Larry COTTON, Respondent.
No. 79015.
Supreme Court of Florida.
April 2, 1992.
Robert A. Butterworth, Atty. Gen. and Marc E. Brandes, Asst. Atty. Gen., Miami, for petitioner.
Bennett H. Brummer, Public Defender and Cynthia A. Greenfield, Sp. Asst. Public Defender, Eleventh Judicial Circuit, Coral Gables, for respondent.
*958 PER CURIAM.
We approve Cotton v. State, 588 So.2d 694 (Fla. 3d DCA 1991), on the authority of Burdick v. State, 594 So.2d 267 (Fla. 1992).
It is so ordered.
SHAW, C.J., and McDONALD, GRIMES, KOGAN and HARDING, JJ., concur.
OVERTON, J., dissents.